**Electronically Filed
Supreme Court
SCWC-30691
29-MAY-2013
11:08 AM**

SCWC-30691

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

CIVIL NO. 07-1-0070
SHIRLEY BEFITEL, Respondent/Plaintiff-Appellee,

vs.

HARRY N. LYCKMAN,
Respondent/Defendant-Third-Party-Plaintiff-Appellee,

and

PRESTON S. ONOMURA, Respondent/Defendant-Appellee,

vs.

DIANA KAINA, Petitioner/Third-Party-Defendant-Appellant.

------------------------------------------------------------------

CIVIL NO. 09-1-1645
SHIRLEY BEFITEL, Respondent/Plaintiff-Appellee,

vs.

DIANA KAINA, Petitioner/Third-Party-Defendant-Appellant.

------------------------------------------------------------------

CIVIL NO. 09-1-2313
SHIRLEY BEFITEL, Respondent/Plaintiff-Appellee,

vs.

JUNIOR L. STOWERS, Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30691)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Petitioner/Third-Party-Defendant-Appellant's

application for writ of certiorari filed on April 17, 2013, is

hereby rejected.

DATED:  Honolulu, Hawai'i, May 29, 2013.

| | |
|---|---|
| Leslie R. Kop, | /s/ Mark E. Recktenwald |
| Brenda E. Morris, | |
| Randall Y. Kaya, and | /s/ Paula A. Nakayama |
| Adrian Y. Chang, | |
| for Petitioner | /s/ Simeon R. Acoba, Jr. |
| | |
| Cary T. Tanaka and | /s/ Sabrina S. McKenna |
| Greg H. Takase, | |
| for Respondent | /s/ Richard W. Pollack |

